Gamble LATROBE, Jr., James B. Knowles, and William S. Erichs, as Trustees in Bankruptcy of Thermiodyne Radio Corporation, Plaintiffs-Appellants, v. Isidore GAINSBURG, Defendant-Appellee.

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 353.

Ralph M. Arkush, of New York City, for appellants.

Bernard Hershkopf, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree affirmed.

MANHATTAN & HAZARDS BEACH EXCURSION COMPANY, Owner of the Steamer JULIETTE, Libelant-Appellee, v. Steamer HENDRIK HUDSON; Hudson River Day Line, Inc., Claimant-Appellant.

Circuit Court of Appeals, Second Circuit.
May 6, 1929.

No. 304.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for appellant.

William F. Purdy, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

Walter A. MAY et al., Appellants, v. D. B. HEINER, Collector, Appellee.

Circuit Court of Appeals, Third Circuit.
January 9, 1929.

Rehearing Denied June 24, 1929.

No. 3811.

Sachs & Caplan and Charles H. Sachs, all of Pittsburgh, Pa., for appellants.

John D. Meyer, U. S. Atty., Wm. J. Aiken, Asst. U. S. Atty., and John A. McCann, Sp. Asst. U. S. Atty., all of Pittsburgh, Pa. (C. M. Charest and Ottamar Hamele, both of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. Affirmed, on the opinion of the court below [25 F.(2d) 1004], with the observation that this case is distinguished from Nichols v. Coolidge, 274 U. S. 531, 47 S. Ct. 710, 71 L. Ed. 1184, 52 A. L. R. 1081, on the facts.

NEW YORK & PORTO RICO CO., Appellee, v. DIRECTOR GENERAL OF RAILROADS (Operating the Delaware, Lackawanna & Western Railroad Company), Appellant. Director General of Railroads (Operating the Delaware, Lackawanna & Western Railroad Company), Appellant, v. Steamship ISABELA, Her Engines, etc.; New York & Porto Rico Steamship Company, Appellee.

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 337.

John E. Morrissey, of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and C. B. Manley O'Kelley, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [1 F.(2d) 399] affirmed on opinion below.

Arnold PACYNA, Appellee, v. NASSAU ELECTRIC RAILROAD COMPANY and Philip S. Tashman, Appellant.

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 319.